NUMBER
13-10-00639-CR

 

                                  COURT
OF APPEALS

 

                      THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

DANIEL
COLMENERO,                                                                   Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                  Appellee.

____________________________________________________________

 

                             On
Appeal from the 319th District Court

                                        of
Nueces County, Texas.

____________________________________________________________

 

                                     MEMORANDUM OPINION

 

    Before
Chief Justice Valdez and Justices Rodriguez and Benavides

                                 Memorandum
Opinion Per Curiam

 








Appellant,
Daniel Colmenero, by and through his attorney, has filed a motion to dismiss
his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having
dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.  

 
         

PER
CURIAM

 

Do not publish. 

See Tex. R. App. P.
47.2(b).  

Delivered and filed the

21st day of December, 2010.